# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 2, 2012

No. 11-40203

Lyle W. Cayce
Clerk

EARVIN LIANG

Plaintiff–Appellee

v.

BZB, INCORPORATED; C. MICHAEL ORR

Defendants–Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:09-CV-233

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff's purported "notice of stipulated dismissal" did not operate to dismiss defendants' counterclaim. As a result, the district court's dismissal order did not resolve all claims of all parties and is not an appealable order. We therefore have no jurisdiction over this appeal and must dismiss the case.

DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.